```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

1199SEIU UNITED HEALTHCARE WORKERS
EAST,
                                            20cv3611 (JGK)
                Petitioner,
                                            ORDER
        - against -

PSC COMMUNITY SERVICES et al.

                Respondents.
_____

ALVARO RAMIREZ GUZMAN et al.

                Plaintiffs,
                                            20cv3929 (JGK)
        – against –

THE FIRST CHINESE PRESBYTERIAN
COMMUNITY AFFAIRS HOME ATTENDANT
CORPORATION
                Defendant.
_____

EUGENIA BARAHONA ALVARADO

                Plaintiff,

        – against –                         20cv3930 (JGK)

ALLIANCE FOR HEALTH, INC.,

                Defendant.
_____
```

**JOHN G. KOELTL, District Judge:**

All motions in the three related cases, including motions to remand and motions to intervene, shall proceed on the following schedule: Motions are due by June 25, 2020; responses are due by July 10, 2020; replies are due by July 20, 2020. All

moving parties should submit courtesy copies of their fully briefed motion papers to the Courthouse by July 20, 2020.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **June 11, 2020**            \_\_\_\_\_ /s/ John G. Koeltl _____
                                                   **John G. Koeltl**
                                      **United States District Judge**