```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————————————
ALVARO RAMIREZ GUZMAN, ET AL.,

        PLAINTIFFS,                    20-cv-3929 (JGK)

   - AGAINST -                         ORDER

FIRST CHINESE PRESBYTERIAN COMMUNITY
AFFAIRS HOME ATTENDANT CORPORATION,

        DEFENDANT.
——————————————————————————————
EUGENIA BARAHONA ALVARADO,             20-cv-3930 (JGK)

        PLAINTIFF,

   - AGAINST -

ALLIANCE FOR HEALTH, INC.,

        DEFENDANT.
——————————————————————————————
```

**JOHN G. KOELTL, District Judge:**

The defendants should respond to the plaintiffs' Notice of Motion to Certify Controlling Issues of Law under 28 U.S.C. § 1292(b) by April 9, 2021.  The plaintiffs may reply by April 19, 2021.

**SO ORDERED.**

**Dated:    New York, New York**
**          March 22, 2021**

                                   /s/ John G. Koeltl
                                     John G. Koeltl
                              **United States District Judge**