```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────────

ALVARO RAMIREZ GUZMAN, ET AL.,

      PLAINTIFFS,                          20-cv-3929 (JGK)

  - AGAINST -                         <u>ORDER</u>

FIRST CHINESE PRESBYTERIAN COMMUNITY
AFFAIRS HOME ATTENDANT CORPORATION,

      DEFENDANT.

───────────────────────────────────────

EUGENIA BARAHONA ALVARADO,         20-cv-3930 (JGK)

      PLAINTIFF,

  - AGAINST -

ALLIANCE FOR HEALTH, INC.,

      DEFENDANT.

───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

Oral argument on the plaintiffs' Motions to Certify Controlling Issues of Law under 28 U.S.C. § 1292(b) is scheduled for May 6, 2021 at 2:30 pm, via teleconference. Dial-in: 888 363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
          April 22, 2021

                                          /s/ John G. Koeltl
                                             John G. Koeltl
                                 United States District Judge