UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALVARO RAMIREZ GUZMAN, ET AL.,

    Plaintiffs,

- against -

FIRST CHINESE PRESBYTERIAN COMMUNITY AFFAIRS HOME ATTENDANT CORPORATION,

    Defendant.

20-cv-3929 (JGK)

ORDER

---

EUGENIA BARAHONA ALVARADO,

    Plaintiff,

- against -

ALLIANCE FOR HEALTH, INC.,

    Defendant.

20-cv-3930 (JGK)

---

JOHN G. KOELTL, District Judge:

By Opinion and Order, dated May 7, 2021, the Court granted the plaintiffs' motion to certify a controlling question of law, for an interlocutory appeal to the Second Circuit Court of Appeals, pursuant to 28 U.S.C. § 1292(b). These cases are stayed pending a decision from the Court of Appeals.

SO ORDERED.

Dated:    New York, New York
            May 10, 2021

                                            John G. Koeltl
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5·11·21