S.D.N.Y.-N.Y.C.
20-cv-3929
20-cv-3930
Koeltl, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of September, two thousand twenty-one.

Present:
    John M. Walker, Jr.,
    Joseph F. Bianco,
    Steven J. Menashi,
        *Circuit Judges*.

---

Alvaro Ramirez Guzman, individually and on behalf of all other persons similarly situated, et al.,

        *Petitioners*,
v.                                         21-1391

The First Chinese Presbyterian Community Affairs Home Attendant Corporation,

        *Respondent*.

---

Eugenia Barahona Alvarado, individually and on behalf of all other persons similarly situated, et al.,

        *Petitioner*,
v.                                         21-1392

Alliance for Health, Inc.,

        *Respondent*.

---

CERTIFIED COPY ISSUED ON 09/01/2021

The above-captioned proceedings are hereby CONSOLIDATED for the purposes of this order.

Petitioners request, pursuant to 28 U.S.C. § 1292(b), leave to appeal an interlocutory order of the district court. Upon due consideration, it is hereby ORDERED that the petitions are GRANTED. *See Klinghoffer v. S.N.C. Achille Lauro*, 921 F.2d 21, 23–25 (2d Cir. 1990).

It is further ORDERED that the resulting appeals will be heard in tandem with the appeals docketed under 2d Cir. 21-631 (L) and 21-633 (Con).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

2