UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALVARO RAMIREZ GUZMAN,
                        Plaintiff(s)

        20 civ 3929 (JGK)

     -against-

FIRST CHINESE PRESBYTERIAN COMMUNITY
AFFAIRS HOME ATTENDANT CORPORATION,
                        Defendant(s).
------------------------------------------------------------X

## ORDER

Appeals pending in this case and the related action, <u>1199SEI United HealthCare Workers East v. PSC Community Services, et al., 20 civ 3611 (JGK)</u>,

The conference scheduled for July 19, 2023, at 2:30pm, is canceled.

**SO ORDERED.**

                                                                      **JOHN G. KOELTL**
                                                     **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        July 12, 2023