UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALVARO RAMIREZ GUZMAN, ET AL.,

Plaintiffs,

- against -

FIRST CHINESE PRESBYTERIAN COMMUNITY AFFAIRS HOME ATTENDANT CORPORATION,

Defendant.

20-cv-3929 (JGK)

Order

**John G. Koeltl, District Judge:**

The parties should provide a status report to the Court on the proper disposition of the above case in view of the decision of the Court of Appeals in 1199 SEIU United Healthcare Workers E. v. Chinese-Am. Plan. Council Home Attendant Program, 182 F.4th 67 (2d Cir. 2026) by **September 18, 2026.**

**SO ORDERED.**

**Dated:** New York, New York
September 8, 2026

John G. Koeltl
United States District Judge